```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NAEEM O. BETZ,                                                    :
                                                                  :
                         Plaintiff,                               :       12 Civ. 8662 (AJN)
                                                                  :
            -v-                                                   :       ORDER
                                                                  :
                                                                  :
PLAZA RECOVERY INC.,                                              :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 24 2013

ALISON J. NATHAN, District Judge:

     On June 4, 2013, the Court issued an order in the above-captioned case, (Dkt. No. 9), noting that, since being sent a service package on January 29, 2013 and instructed to complete and return a USM-284 for each Defendant to be served, Plaintiff had not returned any forms or otherwise corresponded with the Court. The Court ordered Plaintiff to complete the necessary USM-285 forms and return them to the Court on or before July 3, 2013, and cautioned Plaintiff that "<u>failure to [abide by the terms of that order] may result in dismissal of this action for failure to prosecute.</u>" (Dkt. No. 9 (emphasis in original))

     As of the date of this order -- three weeks after the Plaintiff's deadline to respond to the Court's previous order -- Plaintiff has still neither returned the USM-285 forms nor contacted the Court. Accordingly, the matter is hereby dismissed for failure to prosecute. The Clerk of the Court is directed to close this case.

Dated: July 24, 2013
          New York, New York

                                                ALISON J. NATHAN
                                           United States District Judge